UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB INSURANCE CO. LTD., HYUNDAI MARINE & FIRE INSURANCE CO. LTD., MSIG INSURANCE (HONG KONG) LIMITED, AEGIS SYNDICATE 1225, ASCOT SYNDICATE 1414, AVIVA INSURANCE LIMITED, CONVEX INSURANCE UK LIMITED, ENDURANCE WORLDWIDE INSURANCE LIMITED, CHAUCER SYNDICATE 1084, MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED, CHINA PACIFIC PROPERTY INSURANCE CO. LTD., PICC PROPERTY AND CASUALTY COMPANY LIMITED, SOMPO JAPAN INSURANCE INC., MERITZ FIRE & MARINE INSURANCE CO. LTD., TOKIO MARINE & NICHIDO FIRE INSURANCE CO. LTD., ACE AMERICAN FIRE & MARINE INSURANCE COMPANY KOREA, CHUBB INSURANCE HONG KONG LIMITED, and KB INSURANCE CO. LTD.,<br>　　　　　　　　Plaintiffs,<br>　- v. -<br><br>MSC MEDITERRANEAN SHIPPING COMPANY, S.A., MAERSK A/S, and ZIM INTEGRATED SHIPPING SERVICES LTD.<br>　　　　　　　　Defendants. | Case No. 25-cv-08841-MMG<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that William R. Bennett, of the law firm Blank Rome LLP, hereby appears in the above-captioned matter on behalf of Defendant Zim Integrated Shipping Services Ltd. and respectfully requests that all pleadings, notices, orders, correspondence and other papers relating to this action be served upon him at the address below. I certify that I am admitted to practice in this Court.

Dated:  New York, New York              **BLANK ROME LLP**
       December 15, 2025

                                                  By: */s/ William R. Bennett*
                                                     William R. Bennett III
                                                     1271 Avenue of the Americas
                                                     New York, NY 10020
                                                     Tel: (212) 885-5152
                                                     Fax: (212) 885-5001
                                                     william.bennett@blankrome.com

                                                   *Attorneys for Defendant Zim Integrated Shipping Services Ltd.*