PETER J. GUTOWSKI
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. CANEVARI†
JOHN F. KARPOUSIS*△
WILLIAM J. PALLAS*
JUSTIN T. NASTRO*
DANIEL J. FITZGERALD*†△
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
YAAKOV U. ADLER
MICHAEL J. DEHART
RYAN BYRNES*
MADELINE RITTER
DENNIS E. MORGAN
MATTHEW W. POWERS
AUSTIN MELVILLE*
EVAN GOLDSCHLAG*◊

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
◊ ALSO ADMITTED IN PENNSYLVANIA

**LAW OFFICES OF**
**FREEHILL HOGAN & MAHAR LLP**
**80 PINE STREET**
**NEW YORK, N.Y. 10005-1759**

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

February 12, 2026

NEW JERSEY OFFICE
220 PARK AVENUE
FLORHAM PARK, NJ 07932
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

_____

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

_____

OF COUNSEL
MARK F. MULLER
JAMES L. ROSS*
ERIC E. LENCK
THOMAS RUSSO
WILLIAM T. MIEDEL

FHM Ref: 362-24/WJP

**VIA CM/ECF**
The Honorable Margaret M. Garnett
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: *Db Insurance Co. Ltd., Hyundai, Marine & Fire Insurance Co. Ltd., Msig Insurance (Hong Kong) Limited, Aegis Syndicate 1225, Ascot Syndicate 1414, Aviva Insurance, Limited, Convex Insurance Uk Limited, Endurance Worldwide Insurance Limited, Chaucer Syndicate 1084, Markel International Insurance Company Limited, China Pacific Property Insurance Co. Ltd., Picc Property And Casualty Company Limited, Sompo Japan Insurance Inc., Meritz Fire & Marine Insurance Co. Ltd., Tokio Marine & Nichido Fire Insurance Co. Ltd., Ace American Fire & Marine Insurance Company Korea, Chubb Insurance Hong Kong Limited, And Kb Insurance Co. Ltd. V. Msc Mediterranean Shipping Company, S.A., Maersk A/S, And Zim Integrated Shipping Services Ltd.*

**U.S.D.C. – S.D.N.Y., 1:25-cv-08841-MMG**

Dear Judge Garnett:

        We are attorneys for Defendant Maersk A/S in the above captioned matter. We write respectfully to request a one-week extension of the briefing schedule (see ECF No. 31) for the Defendants' joint motion to dismiss. The proposed amended briefing schedule is as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| **Defendants' moving papers** | February 13, 2026 | February 20, 2026 |
| **Plaintiffs' opposition papers** | March 20, 2026 | March 27, 2026 |

636776.1

| Defendants' reply papers | April 10, 2026 | April 17, 2026 |
|---|---|---|

We note that this request is made with the consent of all counsel.

We thank the Court for its courtesies.

Respectfully,
FREEHILL HOGAN & MAHAR LLP

William J. Pallas

GRANTED.  The Court adopts the parties' proposed briefing schedule.  Moving papers shall be due by **February 20, 2026**, oppositions shall be due by **March 27, 2026**, and replies shall be due by **April 17, 2026**. No party should expect a further extension of these deadlines.  The Clerk of Court is respectfully directed to terminate Dkt. No. 35.

SO ORDERED.  Dated February 17, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

636776.1

FREEHILL HOGAN & MAHAR LLP